UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSEPH RAY, : Case No. 1:16-cv-571
:
    Petitioner, : Judge Timothy S. Black
: Magistrate Judge Stephanie K. Bowman
vs. :
:
PROBATION OFFICER :
CONNIE CONLON, :
:
    Respondent. :

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATION (Doc. 2)
### OF THE UNITED STATES MAGISTRATE JUDGE

    This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on May 25, 2016, submitted a Report and Recommendation. (Doc. 2). No objections were filed.

    As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 2) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the foregoing reasons:

1. Petitioner's application for leave to proceed *in forma pauperis* (Doc. 1) is **DENIED**; and

2. Petitioner **SHALL** pay the **full $5.00 filing fee within 30 days of the date of this Order**. Petitioner is hereby notified that if he fails to pay the $5.00 filing fee within this 30-day period, this case will be closed on the Court's docket.

**IT IS SO ORDERED**.

Date: 6/14/16

Timothy S. Black
United States District Judge