UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPH RAY, | Case No. 1:16-cv-571 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Stephanie K. Bowman |
| vs. | |
| CONNIE CONLON., | |
| Defendant. | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 11)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 30, 2017, submitted a Report and Recommendations recommending dismissal of this action with prejudice for lack of prosecution. (Doc. 11). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly, **IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for lack of prosecution and for failure to obey a Court order. The

Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** from the docket of this Court.

    **IT IS SO ORDERED**.

Date: 8/16/17

                                                             _Timothy S. Black_
                                                             Timothy S. Black
                                                              United States District Judge